**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE**,<br>*Plaintiff,*<br>v.<br>**THE JAMES E. BEASLEY SCHOOL OF LAW OF TEMPLE UNIVERSITY, et al.**,<br>*Defendant.* | **Case No. 2:26-cv-08171-JDW** |

**ORDER**

**AND NOW**, this 16th day of November, 2026, following the reassignment of this matter to me, it is **ORDERED** as follows.

1. Plaintiff John Doe's Emergency Motion For A Temporary Restraining Order And Preliminary Injunction (ECF No. 5), Motion For Sanctions Against Temple University Under Rule 37(e) Of The Federal Rules Of Civil Procedure For Spoliation Of Electronically Stored Information (ECF No. 6), and Supplemental Emergency Motion For Temporary Restraining Order And Preliminary Injunction (ECF No. 21) are **DENIED WITHOUT PREJUDICE**, as they do not conform with my Policies And Procedures.[1] Mr. Doe may re-file his motions, consistent with the requirements set forth in my Policies And Procedures;

[1] My Policies And Procedures are available at https://www.paed.uscourts.gov/judges-info/district-court-judges/joshua-d-wolson.

2. Mr. Doe's Motion For Expedited Discovery (ECF No. 7) is **DENIED WITHOUT PREJUDICE**, as Mr. Doe's Amended Complaint is subject to statutory screening pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The cover sheet appearing on the docket as an open motion at ECF No. 17 is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.